UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENY ANDRIANI,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>Defendants. | No. 5:26-cv-02358-SSS-ACCVx<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Honorable Sunshine S. Sykes<br>United States District Judge |

The Court having reviewed the Stipulation between Plaintiff Leny Andriani ("Plaintiff") and Defendants Markwayne Mullin, sued in his official capacity as the Secretary of the U.S. Department of Homeland Security; Todd M. Lyons, sued in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement; Rodney S. Scott, sued in his official capacity as the Commissioner of U.S. Customs and Border Protection (collectively the "Defendants") (collectively with the Plaintiff, the "Parties"), the Declaration of Alexander L. Farrell, and for good cause appearing,

IT IS HEREBY ORDERED that:

Defendants shall have to and including August 19, 2026, within which to answer, move or otherwise respond to Plaintiff's Complaint (Dkt. 1).

Date: August 4, 2026

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

2