UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LENY ANDRIANI,

Plaintiff,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.

No. 5:26-cv-02358-SSS-ACCVx

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY 7 DAYS AND TO FILE AN OVERSIZED PLEADING**

Honorable Sunshine S. Sykes
United States District Judge

**[NOTE: CHANGES MADE BY COURT]**

The Court having reviewed the Stipulation between Plaintiff Leny Andriani ("Plaintiff") and Defendants Markwayne Mullin, sued in his official capacity as the Secretary of the U.S. Department of Homeland Security; Todd M. Lyons, sued in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement; Rodney S. Scott, sued in his official capacity as the Commissioner of U.S. Customs and Border Protection (collectively the "Defendants") (collectively with the Plaintiff, the "Parties"), the Declaration of Alexander L. Farrell, and for good cause appearing,

IT IS HEREBY ORDERED that:

Defendants shall have to and including September 30, 2026, within which to answer, move or otherwise respond to Plaintiff's First Amended Complaint (Dkt. 19).

The Parties can increase the length of the Memoranda of Points and Authorities in support of or in opposition to a motion to dismiss, to ~~14,000~~ 10,000 words, including headings, footnotes, and quotations, but excluding the caption, the caption, the table of contents, the table of authorities, the signature block, the certification required by Local Rule 11-6.2, and any indices and exhibits.

Date: September 25, 2026

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE